# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT MICHAEL HARRIOTT, | : | Civil No. 3:20-cv-26 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| JEFFERY E. BOYLES, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 23rd day of March, 2021, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.
2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge